**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

**(609) 989-2040**

| | |
|---|---|
| CHAMBERS OF<br>**TONIANNE J. BONGIOVANNI**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>402 E. STATE STREET, RM 6052<br>TRENTON, NJ 08608 |

August 18, 2009

**<u>LETTER ORDER</u>**

Re:   <u>Carter v. State of New Jersey, et al.</u>
      Civil action No. 09-1047

Dear Ms. Carter:

The Court received your "Motion Requesting Several Orders." The Court hereby denies same for the following reasons. First, this case is no longer an active matter. By Order entered on March 13, 2009, the District Court dismissed your claims, finding that the Court lacked subject matter jurisdiction over this case. The District Court subsequently denied your request for relief from the March 13, 2009 Order, concluding that it had properly found that it lacked subject matter jurisdiction over this case. Given the District Court's dismissal of your case for want of subject matter jurisdiction, this Court lacks authority to hear your Motion. Second, even if the Court had authority to hear your Motion, the Court would nevertheless deny same because it fails to comply with the requirements of L.Civ.R. 7.1(d). Finally, the Court notes that your Motion contains sensitive information that should not have been publicly filed. *See* L.Civ.R. 5.2, ¶ 17. As a result,

pursuant to L.Civ.R. 5.2, ¶ 18, the Court instructs the Clerk of the Court to remove the contents of your Motion [Docket Entry No. 21] from the publicly filed docket in this matter.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT THE CLERK OF THE COURT TERMINATE THIS MOTION [DOCKET ENTRY NO. 21] ACCORDINGLY.**

    s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**